```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

**ANTONIO L. STEWARD,**

    **Plaintiff,**

  **vs.**                                  **Civil Action 2:08-CV-749**
                                           **Judge Marbley**
                                           **Magistrate Judge King**

**SGT. WORTHINGTON,** *et al.*,

    **Defendants.**

## <u>ORDER</u>

Plaintiff was ordered to indicate, by January 9, 2009, whether he intends to pursue the litigation. *Order,* Doc. No. 12. Plaintiff has failed to do so. It therefore appears that plaintiff has abandoned the prosecution of the case.

This action is therefore **DISMISSED** for want of prosecution.

                                                      *s/Algenon L. Marbley*
                                                       Algenon L. Marbley
                                            United States District Judge