# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

**ANTONIO L. STEWARD,**

      **Plaintiff,**

  vs.                                              Civil Action 2:08-CV-749
                                                         Judge Marbley
                                                         Magistrate Judge King

**SGT. WORTHINGTON,** *et al.***,**

      **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the February 23, 2009 Order, this action is hereby DISMISSED for want of prosecution.

Date: **February 23, 2009**                  **James Bonini, Clerk**

                                                               s/Betty L. Clark
                                                              Betty L. Clark/Deputy Clerk